AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America )<br>v.  )<br>SCOTT MARTIN )<br>———————————— )<br>Defendant ) | Case    6:13cr110 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2-13-14

_Defendant's signature_

_Signature of defendant's attorney_

John Teakell
_Printed name of defendant's attorney_

_Judge's signature_

K. Nicole Mitchell, U.S. Magistrate Judge
_Judge's printed name and title_