IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:13CR 110 |
| | § | JUDGE: LED/KNM |
| SCOTT MARTIN | § | |

## FACTUAL RESUME

Investigation by the United States Secret Service disclosed the following facts that establish that I, **SCOTT MARTIN**, defendant, violated 18 U.S.C. § 1341 (mail fraud). I agree that the following factual basis is true and correct:

1. I have entered a plea of guilty to a violation of 18 U.S.C. § 1341 (mail fraud).

2. Reinhart Foodservice Louisiana, L.L.C. (Reinhart) is a food service distribution company which, together with its affiliates, operates throughout the United States. A primary focus of Reinhart's business is to distribute food and food service supplies to locally owned individual restaurants and restaurant chains.

3. From approximately June 4, 2007, until approximately September 8, 2012, I was employed by Reinhart as a Sales Consultant in East Texas.

4. Beginning in or about early 2012, and continuing until on or about September 8, 2012, I devised a scheme to defraud Reinhart, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises in the approximate amount of $86,991.10.

5. It was part of the scheme that I embezzled approximately $86,991.10 from Reinhart. The embezzlement was accomplished by my collecting from Reinhart customers on my East Texas sales route cash payments for Reinhart invoices. I then used a portion of the cash payment to obtain a bank check that I then mailed to the Reinhart offices in Shreveport, Louisiana in partial payment for the Reinhart invoices. I pocketed the remaining cash payments for my own purposes. As part of the scheme, I represented to Reinhart that the mailed bank check represented the entire cash payment received from a customer and that the customer would pay the remaining balance owed in the future.

6. It was further part of the scheme that I placed in the U.S. mails, from East Texas, the bank checks, referenced above, and mailed them to Reinhart in Shreveport, Louisiana. The locations where I mailed the checks were within the Eastern District of Texas.

7. I was able to conceal the above described embezzlement and fraud from Reinhart, in substantial part because my employment position authorized me to handle cash collections for invoices due and payable, thereby creating a mechanism that I was able to exploit for my own purposes and financial benefit.

8. On or about May 5, 2012, in the Eastern District of Texas, for the purpose of executing the scheme described above, I caused to be placed in the U.S. mail the following: a cashier's check numbered 127194 from Citizens State Bank in the approximate amount of $4,902.00, as partial payment for Reinhart invoices:

2

| Invoice # | Date | Customer |
|---|---|---|
| 632255 | 04/25/12 | Pops Honey FR/CH/7 Point, 218 N 7 Points Blvd, Seven Points, Texas |
| 639542 | 05/09/12 | Pops Cafeteria, 816 West Main Street, Gun Barrel City, Texas |
| 623661 | 04/09/12 | Pops, 22005 Hwy 155 S, Flint, Texas |
| 624948 | 04/11/12 | Pops, 22005 Hwy 155 S, Flint, Texas |
| 632261 | 04/25/12 | Pops Honey FR Chic/Chandler, 344 Hwy 31 E, Chandler, Texas |
| 628410 | 04/18/12 | Pops Honey Fri/Chic(new), 802 N Main, Lindale, Texas |
| 629882 | 04/20/12 | Pops Honey Fri/Chic(new), 802 N Main, Lindale, Texas |

This letter was mailed to an address in Shreveport, Louisiana.

9. I acknowledge that these acts constitute a violation of 18 U.S.C. § 1341 (mail fraud). I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: 8/Nov/13

SCOTT MARTIN
Defendant

3

**Defendant's counsel's signature and acknowledgment:**

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: Nov. 8, 2013

JOHN R. TEAKELL
Attorney for Defendant