| | | | |
|---|---|---|---|
| **DATE:** July 22, 2014 **LOCATION:** Tyler **JUDGE:** **LEONARD DAVIS** **DEP CLERK:** Rosa Ferguson **REPORTER:** Shea Sloan **USPO:** Bobby Long **INTERPRETER:** n/a | **CASE NO.:** 6:13-CR-110(10 | **USA V.** SCOTT MARTIN | |
| | Counsel for Government: Jim Noble for Frank Coan | Counsel for Defendant: John R. Teakell | |

| **SENTENCING HEARING  HELD** | **BEGIN:** 10:35 am | **ADJOURN:** 10:50 am |
|---|---|---|

| | |
|---|---|
| **PRESENTENCE REPORT:** ☒ No Objections - Adopted in its entirety | ☐ Objections Addressed / Court ruled on Objections ☐ PSR changed as follows: Mr. Teakell addressed the Court on clarification on SSN. |
| **PLEA AGREEMENT:** ☒ Accepted  ☐ Rejected | **CRIME VICTIMS:** ☒ None  ☐ Addressed the Court |
| **MOTIONS:** ☐ None | ☐ Govt's 5K1 addressed ☐ Dft's Motion for Variance/Downward Departure addressed ☒ Other: Dft's Sentencing Memorandum addressed |
| **ALLOCUTION:** | ☒ Dft DID allocute  ☐ Dft DID NOT allocute |

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT | FORFEITURE |
|---|---|---|---|---|---|---|
| 1(Inf) | n/a | | -0- | $86,991.10 | $100 | |
| | | | | | | |
| | | | | | | |

## BOP RECOMMENDATIONS:

| Designation: | ☐ Substance Abuse Treatment | ☐ Mental Health Treatment |
|---|---|---|
| | ☐ Sex Offender Treatment | ☐ Financial Responsibility |
| | ☐ OTHER: | ☐ NONE |

## ☐ SUPERVISED RELEASE   ☉ PROBATION

| **YEAR(S):** 3 YEARS | ☒ **Standard and Special Conditions imposed** |
|---|---|
| ☐ Sex Offender Conditions signed by the Defendant and will be filed as part of record. | |
| ☐ OTHER Conditions: | |

| ☒ **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:** ☒ NONE ☐ Govt moved to dismiss.  Court granted. |
|---|---|
| **FORFEITURE:** | |

| DEFENDANT ORDERED to report to USPO |
|---|

**ADDITIONAL PROCEEDINGS:**

Mr. Teakell addressed the Court on behalf of the Dft and Dft has paid restitution and special assessment; Dft's progress in his business.  Mr. Noble addressed the Court on a condition of travelling internationally.  Court asked that it be taken up with Probation at the appropriate time.